IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00398-BNB

TERRY RICHERT,

    Plaintiff,

v.

CAPTAIN JOHN DOE, FMCC,
CASE MANAGER M. TOWNSEN, FMCC,
PATRICIA MAHRE, Mesa County ADA,
JANE DOE, Mesa County ADA,
J. MELCHOIR #162, Mesa County Sheriff [sic] Dept., and
MATT MCCHESNEY, Mesa County Sheriff [sic] Dept.,
    in their individual and/or official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion that Plaintiff Terry Richert submitted to and filed with the Court on April 23, 2007, informing the Court of his third change of address and asking to be allowed to proceed with this action. The motion is GRANTED. The clerk of the Court is directed to mail to Mr. Richert, together with a copy of this minute order, a copy of the minute order filed on March 29, 2007, and a copy of the order filed on March 27, 2007, directing him to file an amended complaint. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to comply with the March 27 order for an amended complaint. Failure to do so within the time allowed will result in the dismissal of the instant action. The Court directs Plaintiff's attention to D.C.COLO.LCivR 10.1, which requires a litigant to notify the Court **within ten (10) days** of any change of address. Plaintiff is expected to comply with this rule in the future.

Dated: April 24, 2007

Copies of this **Minute Order, Minute Order filed 3/29/07, order filed 3/27/07, and two copies of Prisoner Complaint** were mailed on April 24, 2007, to the following:

Terry Richert
Prisoner No. 105347
Buena Vista Minimum Center
PO Box 2005 - C-6-1
Buena Vista, CO 81211

                        Secretary/Deputy Clerk