IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00398-BNB-CBS

TERRY RICHERT, #105847,

Plaintiff,

v.

CAPTAIN JOHN DOE, FMCC, and
CASE MANAGER M. TOWNSEND, FMCC, in their individual and/or official capacity,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Order Payment to the Court** [Doc. #37, filed 9/4/07] (the "Motion"). The plaintiff requests that the Court order the Colorado Department of Corrections to make his monthly filing fee payments out of his inmate account. The Motion is DENIED.

Under the specific language of the Court's Order granting leave to proceed under 28 U.S.C. § 1915 [Doc. #2, issued 2/27/07], the responsibility for ensuring that monthly filing payments are made, or demonstrating why such a payment cannot be made, remains with the plaintiff. This is the standard practice of the United States District Court for the District of Colorado in all prisoner cases. Accordingly, the plaintiff must monitor his own financial resources and work within the applicable rules and regulations existing at the facility where he is incarcerated to ensure that his monthly filing fee obligations are met. Plaintiff must make the required monthly payments or show cause **each** month why he has no assets and no means by

which to make the monthly payment. Failure to comply with this requirement, under § 1915(b)(2), may result in dismissal of this action.

IT IS ORDERED that the Motion is DENIED.

Dated September 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge